# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CORY STOWE,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00063-JCM-NJK<br><br>**ORDER** |

This matter came before the Court for a revocation hearing scheduled for April 24, 2024. ECF No. 64. The United States Marshal Service ("USMS") has informed the Court that Defendant Cory Stowe has refused to be transported for the hearing. The Court finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel Defendant to be transported and to appear before this Court for his revocation hearing, scheduled for April 24, 2024, at 1:00 p.m. in Courtroom 3C of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada. ECF No. 64.

**IT IS THEREFORE ORDERED** that the USMS is authorized to use reasonable force as it deems necessary to compel Defendant to be transported for and appear at the revocation hearing before this court scheduled for April 24, 2024, at 1:00 p.m. in Courtroom 3C.

DATED: April 24, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE