# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>　v.<br><br>Calvin Bryant, et al.,<br><br>　　　　Defendants | Case No. 2:24-cr-00063-JCM-NJK<br><br>**Reassignment Order** |
| United States of America,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>Kefer Funches, et al.,<br><br>　　　　Defendants | Case No. 2:24-cr-00064-RFB-EJY |

　　The presiding district judges in the above captioned actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one district judge under Local Rule 42-1(a). Reassignment of these cases to the same district judge and magistrate judge will promote judicial efficiency, avoid duplicative filings, and will not result in prejudice to the parties.

　　Local Rule 42-1(a) provides that "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge." The district judges assigned to these cases have determined that the actions should be assigned to a single district judge and magistrate judge.

Accordingly, IT IS HEREBY ORDERED that Case No. 2:24-cr-00063-JCM-NJK is reassigned to District Judge Richard F. Boulware and Magistrate Elayna J. Youchah, and all future documents must bear case number 2:24-cr-00063-RFB-EJY.

Dated: September 29, 2025.

_____      _____
James C. Mahan                                                       Richard F. Boulware, II
United States District Judge                                    United States District Judge